

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-01110-CR

Jose A. **VILLARREAL** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR3383
Honorable Michael E. Mery, Judge Presiding

PER CURIAM

Sitting:      Beth Watkins, Justice
            Liza A. Rodriguez, Justice
            Lori I. Valenzuela, Justice

Delivered and Filed: February 7, 2024

DISMISSED FOR WANT OF JURISDICTION

On December 18, 2023, appellant filed a pro se notice of appeal that appeared to indicate he wished to challenge the "magistrate, pre-trial, and grand jury" proceedings in the underlying criminal case. The clerk's record, which was filed on January 8, 2024, does not contain a judgment of conviction or other appealable order. Additionally, the district clerk has informed this court that appellant has not yet been tried or sentenced in this case.

Generally, a criminal defendant may only appeal from a final judgment of conviction. *See* TEX. CODE CRIM. PROC. ANN. art. 44.02; *State v. Sellers*, 790 S.W.2d 316, 321 n.4 (Tex. Crim.

App. 1990). Because no final judgment of conviction has been signed in this case, it appears the ruling, if any, appellant seeks to challenge is interlocutory. The courts of appeals lack jurisdiction to review interlocutory orders unless that jurisdiction has been expressly granted by law. *Ragston v. State*, 424 S.W.3d 49, 52 (Tex. Crim. App. 2014). For these reasons, on January 10, 2024, we ordered appellant to show cause in writing why this appeal should not be dismissed for want of jurisdiction.

On January 18, 2024, appellant's appointed counsel filed a response to our order. Counsel represented that he had reviewed the record and "found no reason that this Court should not dismiss this appeal for want of jurisdiction." He also represented that he had spoken with appellant, who "agreed that this Court does not have jurisdiction of this appeal[.]" Accordingly, we dismiss this appeal for want of jurisdiction.

PER CURIAM

DO NOT PUBLISH